IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Francisco Rios,<br>Raul Origel, Jr.,<br><br>    Defendant(s). | NO. CR 09-02688-FRZ-GEE<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Due to Unlawful Stop (Doc.33).

On June 1, 2010, Magistrate Judge Glenda E. Edmonds conducted a hearing and on September 2, 2010 issued her Report and Recommendation (Doc.77). A copy was sent to all parties. On September 24, 2010, Defendant Origel, Jr. filed his Objection to Report and Recommendation (Doc. 81). On September 27, 2010, Defendant Rios filed his Joinder in Defendant Origel's Objection (Doc. 83). No objections were filed by the Government.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Due to Unlawful Stop is DENIED.

DATED this 5th day of October, 2010.

_____
Frank R. Zapata
Senior United States District Judge